# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: __EDDIE H. ADKISSON__   Case Number: __1:04CR10068-1-T__

Name of Sentencing Judicial Officer: __HONORABLE JAMES D. TODD__

Date of Original Sentence: __11/18/2004__

Original Offense: __BANK EMBEZZLEMENT; 18 U.S.C. § 656__

Original Sentence: __1 DAY IN CUSTODY FOLLOWED BY 3 YEARS ON SUPERVISED RELEASE__

Type of Supervision: __SUPERVISED RELEASE__   Date Supervision Commenced: __11/18/2004__

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[x] To modify the conditions of supervision as follows:

### MODIFICATION OF SPECIAL CONDITIONS:

The defendant shall not hold employment involving the handling of money or serve as a financial officer for a bank or other institutions, or serve in a fiduciary relationship on behalf of an employer or as part of a self-employment during the period of supervision. MODIFIED TO:

**The defendant shall not hold employment involving the handling of money or serve as a financial officer for a bank or other institutions, or serve in a fiduciary relationship on behalf of an employer or as part of a self-employment during the period of supervision, unless approved in advance by the U.S. Probation Office.**

## CAUSE

This offender is presently employed by Mr. Joe White, owner of Ace Hardware and Fred's in Parsons, Tennessee. Mr. White has expressed a desire to expand this offender's job duties to include operating a cash register due to her reliability. Mr. White has contacted our office and states that he understands the nature of this offender's instant offense, and reports that he has internal controls on his cashiers and equipment that would mitigate the risk of this individual reoffending. The re-wording of the modified special condition would allow the probation officer to investigate and pre-approve any employment involving the handling of money for this offender during her term of supervised release. Therefore, our office is requesting the special condition of supervised release as stated on this petition, and Mrs. Adkisson has indicated her willingness to have this condition modified by her execution of the attached waiver form (PROB 49). Eddie H. Adkisson has paid the balance of her $3,000 fine and $100 special assessment as ordered by Your Honor.

Respectfully submitted,

by *[signature]*
U.S. Probation Officer
Date:        May 18, 2005

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

*[signature]*
Signature of Judicial Officer

20 May 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CR-10068 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Ricky L. Wood
WOOD LAW OFFICE
P.O. Box 371
Lexington, TN 38351

Honorable James Todd
US DISTRICT COURT